KEVIN J. GRAY, ESQ. (SBN 142685)
kgray@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (415) 785-3165

Attorneys for Defendant
AMAN TRUCK LINES LLC

# IN THE UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AMAN TRUCK LINES LLC,<br><br>　　　Defendant. | Case No. 2:21-CV-01279-TLN-JDP<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER**<br><br><br>Complaint Filed:　July 22, 2021<br>Trial Date:　　　Not assigned. |

   It is hereby stipulated between Plaintiff VALLEY NATIONAL BANK, represented by C. TODD NORRIS, ESQ., and Defendant, AMAN TRUCK LINES LLC, represented by KEVIN J. GRAY, ESQ., that Plaintiff's Request for Entry of Default, entered on September 17, 2021, be set aside and defendant, AMAN TRUCK LINES LLC, be allowed to file its Answer. The parties have agreed that three (3) days following the Court's signing and entering the Order below is a reasonable and sufficient time within which to file AMAN TRUCK LINES LLC's Answer.

Dated: December 6, 2021           TYSON & MENDES, LLP

                                  By /s/ Kevin J. Gray
                                  _____
                                  KEVIN J. GRAY
                                  Attorney for Defendant
                                  AMAN TRUCK LINES LLC

Plaintiff consents to an order setting aside the default.

Date: December 6, 2021            DUANE MORRIS LLP

                                  By /s/ C. Todd Norris
                                  _____
                                  C. TODD NORRIS, ESQ.
                                  Attorney for Plaintiff
                                  VALLEY NATIONAL BANK

## ORDER

GOOD CAUSE APPEARING, the default entered against defendant AMAN TRUCK LINES LLC is set aside. Defendant has three (3) days to file and serve its Answer from the signing and filing of this Order setting aside the default.

Dated: December 7, 2021

                                  _____
                                  Troy L. Nunley
                                  United States District Judge