```
1  KEVIN J. GRAY, ESQ. (SBN 142685)
   kgray@tysonmendes.com
2  TYSON & MENDES LLP
3  371 Bel Marin Keys Blvd., Suite 100
   Novato, CA 94949
4  Telephone: (628) 253-5070
   Facsimile: (415) 785-3165
5
6  Attorneys for Defendant/Counterclaimant/Third Party Plaintiff
   AMAN TRUCK LINES LLC
7
```

# IN THE UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | Case No. 2:21-CV-01279-TLN-JDP |
| Plaintiff, | Assigned to Honorable Troy L. Nunley |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** |
| AMAN TRUCK LINES LLC, | |
| Defendant. | |
| AMAN TRUCK LINES LLC, | |
| Counterclaimant, | |
| vs. | |
| VALLEY NATIONAL BANK, | |
| Counter-Defendant. | |
| AMAN TRUCK LINES LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| MST INSURANCE SERVICES, INC. and GLOBAL CENTURY INSURANCE BROKERS, INC.; | |
| Third-Party Defendants. | |

COMES NOW, Plaintiff and Counter-Defendant VALLEY NATIONAL BANK (hereinafter "Plaintiff") and Defendant/Counterclaimant/Third-Party Plaintiff AMAN TRUCK LINES LLC, (hereinafter "Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to continue the hearing date on Plaintiff's Motion to Dismiss, set for hearing on February 10, 2022 at 2 p.m., and modify the briefing schedule as follows:

IT IS HEREBY STIPULATED AND AGREED that the hearing date on the instant Motion, currently set for February 10, 2022 at 2 p.m., should be continued and rescheduled to the next available hearing date that is at least two (2) weeks after the current February 10th hearing date.

IT IS FURTHER STIPULATED AND AGREED that Defendant's Opposition to the Motion to Dismiss shall be due fourteen (14) days prior to the new scheduled hearing date, and Plaintiff's Reply in Support of their Motion shall be due seven (7) days prior to the new scheduled hearing date.

IT IS SO STIPULATED


Dated this 26th Day of January 2022
**DUANE MORRIS LLP**

/s/
By: C. Todd Norris, Esq.
   Michael R. Garcia, Esq.
   Spear Tower
   One Market Plaza, Suite 2200
   San Francisco, CA 94105
   *Attorneys for Plaintiff*
   *Valley National Bank*

Dated this 26th Day of January 2022
**TYSON & MENDES LLP**

/s/
By: Kevin J. Gray, Esq.
   371 Bel Marin Keys Blvd., Ste 100
   Novato, CA 94949
   *Attorneys for Defendant*
   *AMAN TRUCK LINES LLC*

2
STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS
-- CASE NO. 2:21-CV-01279-TLN-JDP

## ORDER

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion to Dismiss, currently scheduled for February 10, 2022 at 2:00 p.m. is hereby VACATED and RESET to February 24, 2022 at 2:00 p.m.

**IT IS FURTHER ORDERED** that Defendant's Opposition to the Motion to Dismiss shall be due fourteen (14) days prior to the new scheduled hearing date, and Plaintiff's Reply in Support of their Motion shall be due seven (7) days prior to the new scheduled hearing date.

**IT IS SO ORDERED.**

DATED: January 27, 2022

Troy L. Nunley
United States District Judge