Dominic G. Flamiano (SBN 142445)
NORCAL LOGISTICS LAWYERS GROUP, PC
 2575 Collier Canyon Road
Livermore, CA  94551
Telephone:  (415) 710-6765
Facsimile:    (925) 293-0226
Email:  dominic@domflamlaw.com

Attorney for Third-Party Defendant
MST Insurance Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | **CASE NO. 2:21-cv-01279-TLN-CKD** |
| Plaintiff, | Assigned to Honorable Troy L. Nunley |
| v. | |
| AMAN TRUCK LINES LLC., | STIPULATION TO SET ASIDE DEFAULT AND ORDER |
| Defendant. | Complaint filed: July 22, 2021<br>Trial: |

AMAN TRUCK LINES LLC,

    Counterclaimant,
v.

VALLEY NATIONAL BANK,

    Counter-Defendant.
_____

AMAN TRUCK LINES LLC,

    Third-Party Plaintiff,
v.

MST INSURANCE SERVICES INC and GLOBAL CENTURY INSURANCE BROKERS, INC.,

    Third-Party Defendants.

It is hereby stipulated between Third-Party Plaintiff AMAN TRUCK LINES LLC, represented by Kevin Gray, Esq., and Third-Party Defendant MST INSURANCE SERVICES INC., represented by Dominic G. Flamiano, Esq., and that Third-Party Plaintiff's Request for Entry of Default, entered on March 15, 2022, be set aside and that Third-Party Defendant MST INSURANCE SERVICES, INC., be allowed to file its Answer.  The parties have agreed that three (3) days following the Court's signing and entering the Order below is a reasonable and sufficient time within which to file MST INSURANCE SERVICES, INC.'s Answer.

Dated:  March 31, 2022         NorCal Logistics Lawyers Group, P.C.

                               By: _____/s/_____
                                   Dominic G. Flamiano
                                   Attorney for Third-Party Defendant
                                   MST Insurance Services, Inc.

Third-Party Plaintiff consents to an order setting aside default.

Dated:  April 28, 2022         TYSON & MENDES, LLP

                               By: _____/s/_____
                                   Kevin Gray
                                   Attorney for Third-Party Plaintiff
                                   Aman Truck Lines LLC

### ORDER

GOOD CAUSE APPEARING, the default entered against Third-Party Defendant MST INSURANCE SERVICES, INC. is set aside. Third-Party Defendant has three (3) days to file and serve its Answer from the signing and filing of this Order setting aside default

Dated:  May 2, 2022

                               _____
                               Troy L. Nunley
                               United States District Judge