1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | No. 2:21-cv-01285-DJC-CKD |
| Plaintiff, | |
| v. | |
| J H B TRUCKING INC., | |
| Defendant. | |

| | |
|---|---|
| VALLEY NATIONAL BANK, | No. 2:21-cv-01279-DJC-JDP |
| Plaintiff, | |
| v. | |
| AMAN TRUCK LINES LLC, | <u>RELATED CASE ORDER</u> |
| Defendant. | |

The Court received the Notice of Related Cases filed in both above-captioned actions. Examination of the above-entitled actions reveals that both actions are related within the meaning of Eastern District of California Local Rules 123(a)(3) and 123(a)(4). The matters are related under Local Rule 123(a)(3) because the two actions

share similar questions of fact and the same question of law. The matters are also related under Local Rule 123(a)(4) because keeping the cases assigned to the same District Judge would avoid a substantial duplication of labor.

Because the cases are already assigned to the same district judge, no reassignment as to the district judge is necessary. However, it is hereby ORDERED that the referred magistrate judge for *Valley National Bank v. J H B Trucking Inc.*, 2:21-cv-01285-DJC-CKD, will be reassigned from Magistrate Judge Carolyn K. Delaney to Magistrate Judge Jeremy D. Peterson. Henceforth, the caption on documents filed in the higher number case shall be shown as 2:21-cv-01285-DJC-JDP.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **April 14, 2025**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2