C. Todd Norris (SBN 181337)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415-957-3000
Fax +1 415-957-3001
E-mail ctnorris@duanemorris.com

Attorneys for Plaintiff
*Valley National Bank*

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAN TRUCK LINES LLC,<br><br>    Defendant. | Case No.:   2:21-cv-01279-DJC-JDP<br><br>Assigned to Hon. Daniel J. Calabretta<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>**[FED. R. CIV. P. 54(b)]** |
| AMAN TRUCK LINES LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>VALLEY NATIONAL BANK,<br><br>    Counter-Defendant. | |
| AMAN TRUCK LINES LLC,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MST INSURANCE SERVICES, INC., ET AL.,<br><br>    Third-Party Defendant. | Complaint Filed:  July 22, 2021<br>Trial Date:  Not assigned |

1

JUDGMENT IN A CIVIL CASE

1
2

# JUDGMENT IN FAVOR OF

# VALLEY NATIONAL BANK AND AGAINST AMAN TRUCK LINES LLC

3  This action came before the Court, Hon. District Judge Daniel J. Calabretta Presiding, on
4 a Motion for Summary Judgment. The evidence presented by the parties having been fully
5 considered, the issues having been fully briefed and considered, and a decision having been duly
6 rendered pursuant to the Court's order filed and entered on March 19, 2025 (Docket No. 49), the
7 Court further determines, pursuant to FRCP 54(b), that but for minor administrative activity, this
8 case has remained dormant since 2022, and that there exists no just reason to delay entry of
9 judgment as to Plaintiff Valley National Bank and Aman Truck Lines LLC, all claims, rights and
10 liabilities between these two parties having now been fully adjudicated.

11  ACCORDINGLY, IT IS ORDERED AND ADJUDGED that Plaintiff Valley National
12 Bank take **$784,482.75** against Defendant Aman Truck Lines LLC plus Plaintiff's allowable costs
13 incurred herein.

14  JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

16 Dated: June 16, 2025      /s/ Daniel J. Calabretta
17                            THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE