1  KEVIN J. GRAY, ESQ. (SBN 142685)
   kgray@tysonmendes.com
2  LOUIS R. BARELLA, ESQ. (SBN 118003)
   lbarella@tysonmendes.com
3  TYSON & MENDES LLP
   371 Bel Marin Keys Blvd., Suite 100
4  Novato, CA 94949
   Telephone: (628) 253-5070
5  Facsimile: (415) 785-3165

6  Attorneys for Defendant
   AMAN TRUCK LINES LLC
7

8  **IN THE UNITED STATED DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **SACRAMENTO DIVISION**

11 | VALLEY NATIONAL BANK, | Case No. 2:21-CV-01279-DJC-JDP
12 |     Plaintiff, | Assigned to Honorable Daniel J. Calabretta
13 |     v. | **ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS, PURSUANT TO F.R.C.P. 54 (D)(2)**
14 | AMAN TRUCK LINES LLC, |
15 |     Defendant. |
16 | |
17 | | Complaint Filed: July 22, 2021
18 | | Trial Date:     Not assigned.

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Attorneys' Fees and Costs, Pursuant to F.R.C.P. 54 (d)(2), currently scheduled for September 18, 2025, at 1:30 p.m. p.m. is hereby VACATED and RESET for December 4, 2025, at 1:30 p.m.

**IT IS FURTHER ORDERED** that Defendant's Opposition to the Motion for Attorneys' Fees and Costs shall be due fourteen (14) days prior to the new scheduled hearing date, and Plaintiff's Reply in Support of their Motion shall be due seven (7) days prior to the new scheduled hearing date.

**IT IS SO ORDERED**

Dated:  July 3, 2025                             /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE