DAVID J. FRANKENBERGER, ESQ. (SBN 186140)
dfrankenberger@tysonmendes.com
LOUIS R. BARELLA, ESQ. (SBN 118003)
lbarella@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (628) 299-7764

Attorneys for Third Party Plaintiff,
AMAN TRUCK LINES LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMAN TRUCK LINES LLC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MST INSURANCE SERVICES, INC.,<br><br>Third-Party Defendant. | Case No.: 2:21-cv-01279DJC-JDP<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Action Filed: 7/21/2021<br>Trial Date: 10/4/2027<br>Judge: Hon. Daniel J. Calabretta |

This Order is approved as to form by parties' counsel

Dated: September 30, 2026

Tyson Mendes

By: /s/ Louis R. Barella
Louis R. Barella
Attorneys for Third-Party Plaintiff
AMAN TRUCK LINES LLC

Dated: September 30, 2026

NorCal Logistics Lawyers Group, P.C.

By: /s/ Dominic G. Flamiano
Dominic G. Flamiano
Attorney for Third-Party Defendant
MST Insurance Services, Inc.

The Parties Stipulation and Order to Modify the Scheduling Order, having been submitted and duly considered, AND GOOD CAUSE APPEARING, the Order is GRANTED, the Court's May 7, 2026, Scheduling Order is modified by adding 120 (one hundred and twenty) days from the dates in that Scheduling Order, as follows:

Discovery Deadlines:

A. Fact Discovery: February 3, 2027.

Joint Mid-Discovery Statement: November 6, 2026;

B. Expert Discovery:

1. Initial Expert Disclosure: March 3, 2027.

2. Rebuttal Expert Disclosure: March 31, 2027.

3. Completion of Expert Discovery: April 28, 2027.

C. Motions

1. Last day to file dispositive motion: July 7, 2027.

2. Last day to notice hearing: on or before August 26, 2027, at 1:30 PM;

////

D. Final Pretrial Conference: December 9, 2027, at 1:30 pm Courtroom 7

1. Local Rule 281 compliant joint pretrial statement: no less than seven (7) days prior to Pretrial Conference. (December 2, 2027).

E. Jury Trial: February 7, 2028, at 8:30 a.m. Courtroom 7.

This Scheduling Order is final.

**IT IS SO ORDERED.**

Dated: October 19, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE